[No. 32548-2-III.  Division Three.  March 24, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE WALTER LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 13-1-00731-5, John M. Antosz, J., entered May 20, 2014. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Fearing and Lawrence-Berrey, JJ.

[No. 32706-0-III.  Division Three.  March 24, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN D. TONIES, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 13-1-00420-5, M. Scott Wolfram, J., entered August 20, 2014. *Reversed* and *remanded with instructions* by unpublished opinion per Siddoway, C.J., concurred in by Fearing and Lawrence-Berrey, JJ.

[No. 32791-4-III.  Division Three.  March 24, 2016.]

*In the Matter of the Marriage of* TODD M. CHISM, *Appellant*, and NICOLE C. CHISM, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-3-01607-7, Maryann C. Moreno, J., entered August 22, 2014. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Korsmo and Fearing, JJ.

[No. 33136-9-III.  Division Three.  March 24, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CALEB E. LOUTZENHISER, *Appellant*.

Appeal from a judgment of the Superior Court of Spokane County, No. 14-1-00438-0, Michael P. Price, J., entered January 21, 2015. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Fearing, A.C.J., concurred in by Korsmo and Pennell, JJ.